UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cr-60093-DIMITROULEAS
18-CR-60093

UNITED STATES OF AMERICA )
)
v. )
)
BRIAN WALKENHORST, )
)
    Defendant. )
_____/ )

# FACTUAL PROFFER

The United States of America and **BRIAN WALKENHORST** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

1. On November 30, 2017 during a pre-employment interview with law enforcement WALKENHORST indicated he possibly downloaded, searched for, and viewed suspected child pornography. On December 1, 2017 WALKENHORST was interviewed by law enforcement. WALKENHORST indicated that he searched for child pornography on computer file sharing software programs limewire and frostwire using the search terms pthc, naturalist, young naturalist, and young girls. During the interview with law enforcement WALKENHORST stated he obtained pornography of minors from the age range of "0 and up". WALKENHORST indicated he would download child pornography from the peer to peer websites limewire or frostwire and would save it on an external hard drive. WALKENHORST would categorize the downloaded images at later dates. WALKENHORST indicated the external hard drives used to save the child pornography images were within his bedroom closet at his residence located at 101 SW 63 Terrace, Plantation, Florida 33317.

1

2. WALKENHORST provided verbal and writtne consent for law enforcement to search the external hard drive and multiple electronic devices within his residence. On December 1, 2017 law enforcement began searching the black western digital external hard drive serial number WCAVY2725088, provided by WALKENHORST. During this search law, enforcement observed a file entitled "Young". A search of the "Young" file revealed 3 deleted image files depicting child pornography within the hard drive. These three (3) of the files are described as followed:

   a. File name: 16817.jpg- This image depicts a prepubescent female exposing her vagina

   b. File name: 18966.jpg - This video depicts a prepubescent female exposing her vagina.

   c. File name: 19052.jpg - This video depicts a bound prepubescent female exposing her vagina.

3. On December 4, 2017, WALKENHORST through his attorney, withdrew his consent to search the external hard drive. Law enforcement seized their search of the device and obtained a federal search warrant for the device. After obtaining the warrant, the FBI computer forensic team completed the search. Agents found 767 Images and 22 videos of child pornography. These images and videos contained bondage, prepubescent, and toddler. These files appeared to have been created between 02/2010 and 5/9/2011. The images were last accessed between 10/24/2010 and 03/18/2012. The following are a few of the videos recovered from the defendant's hard drive:

    a. File name: Anni 10 Hussyfan)(Pthc) vicky 7yo and 10yo 69 Pedo Child Porno Lolita.mpg: This file depicts a prepubescent female performing oral sex on adult male penis (known victim): Video Length: 14:12

    b. File name: K Shota Thai 7yo Boy Fucked By Man Kdv Pedo Gay Pthc 1gen Kid 8yo.mpg: This file depicts an adult male performing anal sex on bound prepubescent male: Video: 15:20

4. File name: Pthc-Family Fun Dad Teaches Bro and Sis Abt 9, 10 Kid Sex Incest Pedophilla Boy Girl 12.38.mpg: This file depicts a prepubescent female performing oral sex on adult male penis while nude prepubescent male watches: Video: 12:38

5. The images described above in paragraphs 3 were produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce and the defendant knew that the children in said images were under the age of 18.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 7/9/2018   By: _____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY

Date: 7/9/18   By: _____
JAMES BENJAMIN
ATTORNEY FOR THE DEFENDANT

Date: 7/9/18   By: _____
BRIAN WALKENHORST
DEFENDANT

3